UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Craig Warren

Civil Case # 1:21-cv-06460-RLY-TAB

**MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

COMES NOW, Plaintiff Craig Warren, and files this motion to substitute his surviving brother, Mark Warren, as the proper plaintiff pursuant to Federal Rule of Civil Procedure 25(a)(1). In support thereof, Plaintiff respectfully shows the court the following:

1. Plaintiff Craig Warren filed his Original Complaint in the United States District Court for the District of Connecticut on May 13, 2021. The case was transferred to the United States District Court for the Southern District of Indiana on June 3, 2021.

2. Plaintiff Craig Warren died on or about June 1, 2023.

3. On March 19, 2025, Plaintiff filed a suggestion of death pursuant to Federal Rule of Civil Procedure 25(a)(1). *See* Doc. No. 26567. Plaintiff's counsel recently learned of the death of Craig Warren after contacting his brother.

4. Mark Warren, surviving brother of Craig Warren, is the proper party plaintiff to substitute for Plaintiff-decedent Craig Warren and to proceed forward with the surviving products liability lawsuit on Plaintiff-decedent's behalf, pursuant to Fed. R. Civ. P. 25(a)(1), stating, "[i]f a

party dies, and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative."

5. Plaintiff thus moves to substitute Mark Warren, as Next of Kin of Craig Warren, Deceased, as Plaintiff in the present action.

6. Plaintiff also moves to amend the Complaint, as well as the caption of the Complaint, to correct the proper Plaintiff (specifically, Mark Warren, as Next of Kin of Craig Warren, Deceased) and to update and include information, allegations, and actions within the Complaint to reflect that Plaintiff Craig Warren is now deceased.

7. A proposed Second Amended Short Form Complaint is attached hereto as Exhibit "A".

8. Pursuant to Federal Rules of Civil Procedure 15(a)(2), a party may amend its pleading only with the opposing party's written consent or the Court's leave. The Court should freely give leave when justice so requires.

WHEREFORE, counsel for Plaintiff requests this Court for the following relief (1) the Court substitute Mark Warren, as Next of Kin of Craig Warren, Deceased, as Party Plaintiff for Craig Warren; (2) the Court grant leave to file the attached Second Amended Short Form Complaint (Case 1:21-cv-06460-RLY-TAB); and, (3) the Court deem the attached Second Amended Short Form Complaint filed instanter. A proposed Order is attached hereto as Exhibit "B".

Dated: June 16, 2025.

        Respectfully Submitted,

        */s/ Ben C. Martin*
        Ben C. Martin, TX Bar No. 13052400
        **Ben Martin Law Group, PLLC**
        3141 Hood Street, Suite 600
        Dallas, TX 75219
        Tel.: (214) 761-6614
        Fax: (214) 744-7590
        bmartin@bencmartin.com

        ***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

        */s/ Ben C. Martin*
        Ben C. Martin