UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Craig Warren

Civil Case # 1:21-cv-06460-RLY-TAB

**ORDER GRANTING MOTION TO SUBSTITUTE PARTY PLAINTIFF
AND FOR LEAVE TO FILE SECOND AMENDED SHORT FORM COMPLAINT**

The Court has considered Plaintiff Craig Warren's Motion to Substitute Party Plaintiff and for Leave to File Second Amended Short Form Complaint,.and the Court, being duly advised in the premises, now GRANTS the motion. [Filing No. 26922.]

IT IS THEREFORE ORDERED that: (1) Mark Warren, as Next of Kin of Craig Warren, Deceased, is substituted as Plaintiff in the above-referenced action; (2) Plaintiff is hereby granted leave to file a Second Amended Short Form Complaint; and, (3) the Second Amended Short Form Complaint is hereby deemed filed as of the date of this order.  The Clerk of the Court is directed to file the Second Amended Short Form Complaint into the record in this matter.

Date: 8/14/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all registered counsel of record via the Court's ECF system.